O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5599 AHM (FFMx) | Date | November 18, 2008 |
|---|---|---|---|
| Title | BRIGHT TRADING CORP. v. EMPIRE IMPORTS, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On September 24, 2008, this Court issued an order setting a Rule 16(b) scheduling conference in this case to be held on November 17, 2008. The order states that "[t]he lead trial attorney must attend the Scheduling Conference, unless excused for good cause shown in advance of the Scheduling Conference." On October 7, 2008, the Court granted Defendant's request to substitute Sepehr Daghighian as Defendant's counsel of record. On November 4, 2008, Mr. Daghighian signed the Rule 26(f) report filed jointly by the parties on that same date.

On November 17, 2008, Mr. Daghighian failed to appear at the scheduling conference. Mr. Daghighian neither notified the Court that he would be absent nor explained the reason for his failure to attend. The Court therefore ORDERS Mr. Daghighian to SHOW CAUSE why monetary sanctions in the amount of $100 should not be imposed on him for failure to appear at a Court-ordered hearing and for failure to notify the Court of his absence and the reasons for it. Mr. Daghighian must respond to this Order in writing no later than November 28, 2008.

| | : |
|---|---|
| Initials of Preparer | SMO |