JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT TRADING CORP., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> EMPIRE IMPORTS, INC., a California Corporation, <br><br> Defendants. | CASE # CV08-05599 AHM (FFMx) <br><br> FINAL ORDER ON CONSENT JUDGMENT |

1	Whereas Bright Trading Corp, Inc. ("Plaintiff"), and Defendants Empire Imports, Inc. ("Defendant") have agreed to a stipulated judgment and a compromise and settlement of this Civil Action and all claims, defenses, and counterclaims that were or could have been brought in this Civil Action,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Plaintiff shall take nothing by way of its Complaint except as provided in the Parties' Settlement Agreement, and all claims contained in the Complaint are hereby dismissed with prejudice;

2. The Court enters judgment in favor of Plaintiff on their Claim and enters a permanent injunction as follows: Defendant shall be permanently enjoined from using the name BRIGHT on footwear. Defendant shall be allowed unfettered use of the trademark BRITE for any goods/services. Defendant may not, however, use BRITE on footwear if used in a similar size font/design as the Plaintiff, namely: Arial-font in all capital letters at approximately 12-point font.

3. Jurisdiction is retained by this Court to allow either party to move to reopen solely in order to enforce the judgment.

DATED: February 19, 2009

_____
HON. A. HOWARD MATZ
United States District Judge

**Make JS-6**